**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2008 AUG 18 P 2: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

GINGER JEE , Plaintiff

V.

Case No. 3:07 CV 118 (WWE)
(Put case number here)

Ability Beyond Disability , Defendant

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. **(Complete the first line for electronic notification from the court)**

I, GINGER JEE hereby consent to the court
   (name of pro se litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. **(Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL)**

I, _____ hereby consent to opposing
   (name of pro se litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

GINGER JEE
(Name of pro se litigant, ~~typed or~~ printed)

PO BOX 722
Street Address

Kent, CT 06757
City, State, Zip Code

*please call me through VRS (video relay services) @ 1.866.327.8877 to reach my video # @ 1.860.927.5050 or direct videophone
Telephone @ 1.866.552.6591.

GINGERJEE@aim.com -or- GINGERJEE@aol.com
email address

8/15/08 (F)
Date

Signature

**Certificate of Service**

I hereby certify that on ___8/15/08___ [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

(1) Joseph Lynett, Esq.
Jackson Lewis
ONE NORTH BROADWAY
WHITE PLAINS, NY 10601

(2) MICHAEL SOLTIS, ESQ.
JACKSON LEWIS
177 BROAD STREET
PO BOX 251
STAMFORD, CT 06904

_____
Signature of pro se litigant