**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
GINGER JEE,                                :
                                           :
            Plaintiff,                     :      Civil Action No.
                                           :      3:07 CV 0118
    - against -                            :
                                           :
ABILITY BEYOND DISABILITY,                 :
                                           :
            Defendant.                     :
---------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ginger Jee, and Defendant Ability Beyond Disability, through their undersigned counsel, who are authorized by their respective clients to execute this Stipulation, that the above-captioned action is dismissed, with prejudice to Plaintiff, and with no award of attorneys' fees, costs and/or disbursements to any side.

Dated: 3/30/09, 2009

KELLY & NORRIS LLC
55 Corporate Drive
Trumbull, Connecticut 06611
(203) 268-1786

By: _____
Tracy L. Norris (ct17398)

ATTORNEYS FOR PLAINTIFF

Dated: 4/20, 2009

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601
(914) 328-0404

By: _____
Joseph J. Lynett (ct27503)

ATTORNEYS FOR DEFENDANT